Local AO 470  (Rev. 11/16)  Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:19-mj-80 |
| | ) | |
| Sijie Liu | ) | |
| | ) | |

## ORDER SCHEDULING

## DETENTION HEARING

A hearing in this case is scheduled as follows:

| **Type:**  Detention Hearing | **Date and Time:**  Monday, March 11, 2019 at 2:00pm |
|---|---|
| **Place:**  U.S. Federal Courthouse | **Courtroom No.:**  Grand Forks to Fargo Courtroom 2 |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

NOTE:  Judge Senechal, Attorney Hankey, defendant, and USPO will be in Grand Forks.  USA will be appearing via video from Fargo.

Date:  03/07/2019

*/s/ Alice R. Senechal*

*Judge's signature*

Alice R. Senechal, Magistrate Judge

*Printed name and title*