IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| SIJIE LIU | Violation: 18 U.S.C. §1001 |

**False Statements**

The Grand Jury Charges:

On or about March 5, 2019, within the District of North Dakota,

SIJIE LIU

did knowingly and willfully make a false, fictitious, and fraudulent statement to an officer with the United States Bureau of Customs and Border Protection concerning facts material to a matter within the jurisdiction of the United States Bureau of Customs and Border Protection, an agency of the United States. Specifically, defendant stated that defendant was only seeking entry into the United States for the sole purpose of shopping in Grand Forks, North Dakota. This statement was false in that, at the time defendant was seeking entry into the United States, defendant failed to disclose that defendant intended to go to a mail receiving business in Pembina, North Dakota, for the purpose of obtaining a toxin, which defendant had previously ordered on the Internet;

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

NWC:ljc