IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SIJIE LIU,<br><br>        Defendant. | Case No. 3:19-cr-42<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Nicholas W. Chase, First Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  June 22, 2020

    DREW H. WRIGLEY
    United States Attorney


    By:    /s/ *Nicholas W. Chase*
           NICHOLAS W. CHASE
           First Assistant United States Attorney
           ND Bar ID 05361
           655 First Avenue North, Suite 250
           Fargo, ND  58102-4932
           (701) 297-7400
           nick.chase@usdoj.gov
           Attorney for United States