# EXHIBIT C

*Copy of a letter I sent to the Judge previously.

November 7, 2021

Chief Judge Peter D. Welte
Quentin N. Burdick US Courthouse
655 1st Avenue North, Suite 410
Fargo, ND 58102-4932

Dear Honorable Judge Welte:

My name is Sijie Liu, a defendant sentenced by you in your federal court in Fargo, North Dakota. On June 22, 2020, I pled guilty to Attempt to Acquire a Chemical Weapon, and was sentenced to 72-month imprisonment. I am currently serving my sentence at FCI Waseca. The reason I am writing to your honor is because I believe that I have been treated unfairly by the U.S. government, and I have run out of options to challenge my sentence.

I am a citizen of Canada. In my plea agreement, two conditions were offered to me by the U.S. Attorney, Mr. Nicholas Chase. One was that my sentencing would serve the purpose as a global resolution between the U.S. and Canada. The second condition was that the U.S. government would not object my request to serve my sentence in Canada through the Treaty Transfer. During my change of plea hearing, I had brought up these two agreements when your honor asked me whether I was changing my plea due to any external threats or promises. Not only were these clauses written and signed in my plea agreement, but they were also recorded in the court document. They were

2/4

acknowledged and agreed upon by your honor and the U.S. government, represented by Mr. Chase.

During my sentencing hearing, your honor was considering lessening my sentence from the recommended 72-month. However, this suggestion was objected by Mr. Chase. One of the reasons was that I would be transferred to Canada, and I would be able to parole after only serving one-third of my sentence.

I applied for the Treaty Transfer as soon as I arrived at FCI Waseca in July 2020. In February 2021, I received a letter from the Transfer Department within the Department of Justice, denying my request to transfer because of the seriousness of my offense. In the next a few months to follow, via many attempts, I finally contacted Mr. Chase through my attorney, Mr. Alex Reichert. However, Mr. Chase denied any responsibility regarding the outcome of my Treaty Transfer. By this time, I had exceeded the time limit to challenge my conviction or sentence legally.

I understand that the denying of my transfer came from a different department in the government. However, when this agreement was offered to me, Mr. Chase was representing "the U.S. government". I am not from this country, nor am I an expert in politics. I do not understand the different functions within different government entities. How could Mr. Chase make such a promise if he had no control of this matter? I feel that I was misled at the very minimum, if not lied to.

3/4

Your honor, I know that I made a mistake; I know that I broke the law. There is not a single day that passes by when I do not regret my wrongful conduct. At the end of my sentencing hearing, your honor said to me, "Don't let this define you." I kept it in my heart and thought about it all the time.

Since I came to prison, I have dedicated my time to attending a Bible school via correspondence, and working as a GED tutor to help other inmates get their GED. I have kept a clear conduct. Recently, I was accepted into a cosmetology program so that I can prepare myself for more employment opportunities in the future.

I am writing to your honor because I do not have other venues to present my case. My attorney had told me that there was nothing I could do that would allow me to be released early. Because of my immigration status, I am not eligible for any sentence-reduction privileges offered by the Bureau of Prison.

Your honor, I do not want to be defined by my past. I want to have a positive future; I want to have a second chance; I want to have the opportunity to make amends to my family. Your honor, is there anything you can help me with for me to go home early?

Thank you for your time and consideration.

4/4

Sincerely,

Sijie Liu   #17258-059

Federal Correctional Institution

Post Office Box 1731

Waseca, MN 56093