# EXHIBIT D

To The Honorable Judge,

We are Sijie Liu's father, Chunwei Liu, and mother, Xianying Yang. Sijie Liu is our only daughter and both of us are nearly 70 years old. Her father Chunwei Liu suffers from many diseases and has hereditary hypertension, atherosclerosis with hyperlipidemia, as well as coronary heart disease, chronic cholecystitis, waist and leg pain, poor sleep, expectoration, sore throat, fatigue, abnormal sense of smell, abnormal taste, abnormal hearing, and other diseases. He needs to take many kinds of medicines every day to keep his condition under control. For myself, Yang Xianying, I also have the above symptoms. Although I have not been diagnosed yet, my physical condition is also very poor.

We both do not understand English at all, and we can't drive, travel, or shop. To buy necessities of life, we can only walking. Without our daughter Sijie Liu by our side, it brings extremely great difficulty to our lives. It is icy and snowy every day during Winnipeg's winter, and it is difficult to travel. We really need the help and care of our daughter. Last month, when I went shopping one day, I accidentally slipped and fell on my head and waist. Although there was no obvious trauma to my leg, I've experienced dizziness, headache, and pain all over my body as I move. Because it is inconvenient to see a doctor during the pandemic and I do not have my daughter Sijie Liu to assist me, I did not visit the hospital to see a doctor due to language barriers. I have no choice but to endure the pain and suffering at home. Without our daughter, we live in loneliness, tension, depression and anxiety every day. We pray every day that our only daughter Sijie Liu will return to us as soon as possible. Winnipeg's winter is very cold, and it is icy and snowy every day, and it is inconvenient to travel. We really need Sijie Liu's help and care.

Sijie is a very kind and considerate daughter. We are given sufficient care, and help at home. The help and metal support she offers in our life is unparelled. Now we are old. Without our only daughter to accompany and take care of us, we will essentially lose the courage to live. Sijie Liu's uncles, aunts, cousins, and other relatives also miss her very much. They all think of her as a very good person, and they all hope that she can come home as soon as possible to be reunited with her family.

Sijie Liu's grandfather was 96 years old and in good health without any serious illnesses. After learning about Sijie's situation, he was overwhelmed with grief and did not drink or eat. Because Sijie was his most beloved granddaughter, he would call Sijie's name every day, hoping to see her again. Unfortunately, he was not able to see her for one last time before he passed away. Her grandfather

passed away last year, which brought great sorrow to our entire family. Sijie's husband has a 97-year-old grandmother who is deaf, and she cannot see well because of cataracts, and previously had a heart attack. She also has difficulty walking due to leg and foot pain. Every day, she lies in bed to get through the day, just praying that Sijie will come home sooner so that she can see her again. When family members meet, she always asks them when will Sijie come back to visit her. It's very saddening and we do not know how to answer her. I don't even know if she would live long enough to see Sijie again. We can only pray that Sijie comes home soon so that grandma's wish can come true.

[signature]
Chunwei Liu & Xianying Yang
December 30, 2021