# EXHIBIT G

February 27, 2022

To The Honorable Judge,

I am writing this letter in support of Sijie Liu, in requesting that you grant her compassionate release.

I am the Chaplain at the Cass County Jail in Fargo, North Dakota and have held that position full-time since 2007. I got to know Sijie very well during her months of incarceration at the Cass County Jail. I know that Sijie has made a sincere decision to follow Jesus Christ as a Christian and desires to put her past behind her as she embraces the future that God has for her and her family. In all my years as a chaplain, I have not known a woman inmate who truly embraced her Christian faith and walked out her faith in Jail before inmates and Jail staff in such a truly positive way as Sijie has. She has made a positive change in her life and has demonstrated that by living it out consistently in an environment that can be challenging at times.

Of all the woman inmates in the Cass County Jail since I have been there, Sijie has risen to the top as far as truly caring not only for fellow inmates but also for the Jail staff, people like me. I am appreciative of the many times that she brightened my day by her positive and cheerful attitude.

Sijie and I have had many conversations during her time at the Cass County Jail. I know that she is remorseful and sorry for her past but she is also optimistic and hopeful about her future as she returns to her family.

I have also become friends with Sijie's husband Walton during this time. I consider both Walton and Sijie to be very close friends of mine (very seldom do I have that relationship with an inmate and their family). Walton has expressed to me many times of the hardships and challenges their family has faced during Sijie's incarceration and their need for her to be back with them.

I know and understand that Sijie's crime was very serious and has serious consequences. I also know that Sijie has true remorse and is very sorry for the pain that her actions caused others. I also know that I am very careful about writing letters of support for inmates that I have known through the years. As there is a provision for "compassionate release", I can think of no one who would be a better candidate for that privilege than Sijie. Thank you for your time.

*Michael Sonju*

Chaplain Michael Sonju

Dear Judge,                                             March 20, 2022

My name is Greta Bundy and I have been a volunteer at the Cass County jail for about 7 years. Before the pandemic, I led church services for the women, and that's where I first met Sijie Liu. It was an honor and a joy to consistently meet with her for our church program 3-4 Saturdays a month, and to check in weekly how to see how she is doing. I've poured a huge amount of time into meeting with Sijie after our church program and meeting with her one on one for clergy visits in the afternoons. During her incarceration, we've been pen pals. It's been a safe way to get to know her and for our friendship to grow. I've learned a lot about the kind of person she was and I've continued on in our friendship even after she was moved 5 hours away to a federal prison. As often as Waseca Women's prison has allowed visitors, I've gone once a month to encourage her in her faith and remind her she is not alone.

There are some remarkable things to note about my friend, Sijie. Shortly after we met, Sijie trusted Christ as her Savior and Lord. It was the greatest decision she could have ever made because Sijie found true freedom in Christ!!! Sometimes when I would arrive for programs, I could see Sijie with her big green Bible and a giant smile – her smile was bigger than her face, she looked so happy! Sijie has read the entire Bible during her time in the Cass County Jail, and studied several books of the Bible with many resources we've been able to provide for her. She is really smart and sometimes when she reads her Bible, she will write down a bunch of good questions and then go looking for answers through me or through our Jail Chaplain. Sijie is also really great at reading God's word and figuring out how this applies to her life as follower of Christ. Her mature, hunger for the word makes me excited to read my Bible. ☺ On November 9, 2019, Sijie was baptized at our church service in jail, publicly proclaiming that she is not ashamed to follow Jesus!

What I want you to know she is so kind and always thinking of others more than herself. She is a precious lady and she has been diligently following the rules, even asking permission from the Officer on duty when she wants to have a Bible study with someone else in their pod. When I think of Sijie, I think of two things, Christlike and servant-leadership. She is a beautiful work in progress and it has truly been a joy to spend time with Sijie. What I have experienced makes her past mistake seem quite out of character.

As a trusted friend and confidant, there are so many times I have heard Sijie's painful cries about all the grief and shame she has caused, especially to her parents and her husband. Sijie is super repentant of her sin - I've seen it every single time I've been with her. Sijie now spends her days reading, studying her Bible in depth and praying her family back home in Winnipeg and China.

Please your honor, if you are able, please grant Sijie Liu a compassionate release so she can go home to her husband and her parents. It has been hard to watch Sijie struggle in the Federal prison system, because of the pandemic. She is a hard worker and often times, jobs and school opportunities have been shut down for weeks on end. She is one of the very few Asian women in the Waseca Women's prison and I think sometimes people discriminate against her because of her race. Please note that Sijie has been very compliant with the officers in her surroundings. There are times they have called her out to translate for a new inmate who only speaks Mandarin. She has helped tremendously and she has a positive attitude about helping out the prison and the new inmate.

We went to her sentencing trial and one thing that stood out to me is that Judge Peter Welte wanted Sijie to have a second chance at life. He wanted to see her spend as little time as possible in the system and be returned to Canada, asap. Then the US/Canadian border was closed, and her paperwork was rejected for different reasons. It doesn't seem like we're giving her a fair chance and I hope you can help us change that.

The hardship of living 850 miles away from any of her family, Sijie having to endure covid in a gymnasium with 200 women also infected with covid scars a person and breaks them down. I know that there are supposed to be really helpful services available to inmates whether it's getting a job, going to school to learn how to cut hair and do nails, and mental health support… but the pandemic has wiped these things out in a pretty negative way. One time Sijie was mistaken for someone else and she was sent to solitary confinement for a couple weeks. She was ruined mentally, physically and emotionally. When I saw her in person again, she wept and was telling me that she was paranoid of everyone and everything. She was treated badly and did nothing wrong and when she returned to her regular dorm, she requested mental health services, but they were not available because of the pandemic and short staff issues.

Sijie and her dear husband Walton have done everything in their power to follow the rules and go through the proper channels to fill out paperwork for transfer, etc… and they keep getting shut down. Please Your Honor, if there is any way you can influence the decision, please release Sijie for Compassionate Release.

Sijie has expressed possibly wanting to go to seminary to study the Bible, and I can't wait to see what else God has in store for her. The Bible tells us, "He who began a good work in you will be faithful to complete it in the end."

Your Honor, I am praying for you, and I believe that you'll make a wise decision. Thank you for considering my request on their behalf.

Sincerely,

*Greta Bundy*

Greta Bundy

February 26, 2022

Dear Judge,

I'm writing to support my friend, Sijie Liu in requesting that you grant her compassionate release. Most simply, I'm writing to advocate for Sijie Liu. I would love to see her given another chance and experience a successful transfer from the USA to Canada.

My wife Greta first met Sijie through her volunteer work with the Jail Chaplains. The Jail Chaplains are an important work in our community and our family is invested in helping people who've made a bad decision, get their life back on track. As a pastor and former Jail Chaplains board member, the work inside the jail is dear to me.

Over the last couple of years Sijie has become like a sister to our family. We've grown to love Sijie and her husband, Walton. After Covid shut down so much of our lives, Walton joined our Zoom-based small group. Walton lives in Winnipeg. Sijie's mom lives with Walton and Sijie's dad, while having moved to Winnipeg to live with them, was visiting in China when Covid hit and is stuck in China.

Greta visits Sijie in Waseca FCI almost every month. We're very relationally invested in wanting to see them get their lives in order and moving ahead in a healthy manner. I think there is hope for their marriage because they are both looking to Christ to redeem the brokenness in their past. I know that if Sijie was released, she and Walton could rebuild their lives together in Winnipeg with close friends and family.

Greta and I are committed to remain friends with them and walk this journey together, with Sijie and Walton.

We remember at the trial that she was sentenced to six years with an encouragement and understanding that she could transfer to Canada. I left with an understanding that the USA would not stand in her way. As I read in the [documents I could find online](#) that: "The court makes the following recommendations to the Bureau of Prisons:  The defendant be placed and remain locally, in Cass County, North Dakota, as long as possible, in order to facilitate her physical transfer to Canada to serve her sentence there pursuant to the plea agreement and plea agreement supplement."

As we visited with Sijie, we've learned that her request to transfer to Canada was denied; the USA DOJ opposed the transfer. Over the last year, she's faced many challenges in the federal system due to Covid and Covid restrictions. Like so many, she has missed out on what would be "normal" treatment due to this unusual season we are in with Covid-19 to include very limited and at times no religious programming, limited visitation, illness, etc.

The Liu's story is remarkable. I firmly believe Sijie would be better off in Canada and that the transfer / release would be good for the USA. Walton has remained faithful to Sijie and her family longs to have her closer. With the closed borders, visitation has been nearly impossible.

We care for Sijie and Walton and want to do all we can to advocate for them and for their family.

With hope,

Jonas Bundy
Fargo, ND

Honorable Judge,

I am writing in support of my friend, Sijie Liu, in requesting you grant her compassionate release.

First, I'll tell you what I think of Sijie, and also what I have witnessed from Sijie. Sijie is very sweet. Sijie is smart, quick as whip with a wonderful sense of humor. Sijie is very kind, and very thoughtful. She is open-minded and driven to gain knowledge. She is helpful and compassionate.

I met Sijie while she was experiencing one of the hardest times in her life. She told me that her husband and her had been trying for some time to have children. She told me the fertility treatments were very hard and very painful. They were also very expensive. After very many failed attempts she found out that she was the reason they couldn't have children. She told me while it isn't an excuse for choices she made, I know that it caused her great trauma, depression, and suicidal thoughts. She has voiced to me that she has deep regret for decisions she made that lead to her incarceration.

Since Sijie's incarceration she has had time to reflect on her actions. She has fought to better herself mentally and forgive herself for things she cannot change. She participates in anything that is available to her to better herself and her situation. Sijie has told me that she didn't practice religion since she grew up in China, but even so, during her incarceration she reached out to the Christian ministries to be surrounded by good thoughts and caring people. I believe that she has a need to be around uplifting people and not only because she enjoys being happy herself, but because she enjoys sharing laughter, and positive energy. Sijie has tried to keep herself busy doing all available activities. When she was in Cass County Jail in Fargo she went to yoga, and learned to knit and is one heck of a dissectologist! She also worked in the laundry. While in Waseca she did some record keeping in horticulture. She tutored fellow inmates for their GEDs which she said she found very rewarding. When schooling was offered for cosmetology she was so proud to

have scored highest on application. Even though I am not sure how that works I was delighted for her! She was so happy to be learning a new skill.

COVID has been hard on everyone and especially for inmates. Sijie is like anyone, and is very worried about getting sick. Sijie says that lockdowns are tough because idleness can be relentless, but she tries to keep herself busy reading which is another thing she enjoys.

Sijie lives with her husband, Walton, in Canada. I stay in touch with Walton and am heartened to know that there are people like him out there. I think his support of Sijie deserves a medal. He is steadfast and stable. He is everything a loving husband should be. Within Walton, Sijie has the support of an army.

Sijie told me that her mother and her father live with her and Walton. When Sijie was awaiting sentencing her father went to China to visit family and then the pandemic struck. Sijie's father is still stuck in China while her mother is with Walton in Canada. Sijie has also told me that Walton does not speak Chinese and her mother does not speak English. The health and welfare of her parents weigh heavily on her. She is very concerned for her mother being lonely, stressed and becoming depressed.

Sijie has a loving home to return to and people who want her there to be supportive and help her continue to be a productive member of society. Sijie is an educated, loving person. I would be so grateful if she could return home and be loved.

Thank you for your consideration.
Sincerely,
*Saphire Hein* (signature)
Saphire Hein

To The Honourable Judge,

I am writing this letter in support of my wife, Sijie Liu, in requesting you grant her compassionate release.

I have known Sijie since 2008. We started dating in 2013 and married in 2015. Since I've met her, she has always been a friendly and kind person; willing to help family and friends in need. She is soft spoken, but very approachable and is able to quickly make friends. Sijie had regularly volunteered at various organisations in Winnipeg, which proves her good nature.

As I've experienced, family comes first for Sijie. Her parents immigrated to Canada from China and she's helped them through the entire process. Sijie is an only child and she wanted her parents to be close by so she may take care of them as they grow older. They currently live with us in the same household. As Sijie's parents don't speak English, Sijie would take time out of her day and time off work to accompany them to financial and medical appointments to translate. They also don't drive, and public transportation is not convenient in our neighbourhood, so Sijie would drive her parents grocery shopping, and anywhere else they needed to go without complaint. Sijie has also helped my parents with translations as I am not fluent in Chinese.

Before Sijie and I married, we saw and worked with each other every single day. After we married, we saw each other almost every single hour of the day. Sijie is not only my wife, but she has become my best friend with all the time we spent together each day. Since Sijie's incarceration, we now only speak 15 minutes a day, exchange emails a couple times throughout the day, and have one video visitation a week. And this is considering that the prison is not on lockdown due to outbreaks of COVID-19. I feel like I've lost both my wife and best friend. Everyday I feel depressed and have no desire to socialise with anyone. Friends and coworkers have noticed I am no longer cheerful as I once was, and occasionally do a well-being check by phone or text messaging me. I also lose many hours of sleep every night, thinking about how this could have happened, if there was something more I could have done, and so on. I do fear this may start impacting my mental and physical health.

Sijie's parents have taken her incarceration far worse since she is their only child and they moved to Canada for her. Sijie's mother cries after each phone call with Sijie, and rarely leaves the house now. As I mentioned, Sijie accompanied her parents to financial and medical appointments, but since her incarceration, they no longer schedule appointments since Sijie cannot translate for them. Sijie's father had returned to China for his medical appointments, but has been there since 2019 due to the COVID-19 pandemic. He has not expressed interest in returning to Canada as it's a reminder of what has happened to his daughter.

Despite being incarcerated, I've seen positive changes within Sijie. While Sijie was incarcerated in the Fargo jail waiting for her sentencing, she became a Christian. I myself am a Christian and in the past have invited Sijie to church only to show no interest. Sijie has now expressed interest in attending church and volunteering in the church community. She has also expressed interest in being baptised and has formally asked the jail Chaplain she has befriended in Fargo to do the honours. Sijie prays almost every night for our family's well being during the pandemic, the forgiveness of her sins and the people she has hurt, and strength to forgive herself.

I've also seen Sijie become more sympathetic since incarceration. Before being incarcerated, Sijie would not give a second thought to prisons or inmates. Now that she is an inmate herself, she's seen and experienced how inmates are treated by officers and other inmates, how they lack resources and programs to better themselves, and how it's a struggle to just be in prison. Sijie has grown sympathetic to other inmates, and has expressed wanting to volunteer at a prison upon her release. She wants to show inmates compassion, so they know they are not alone, and to help better themselves through tutoring or any other means.

When Sijie is released from prison, she'll return to Winnipeg where we live. Both her parents live in the same household as us, so she will have our support mentally and financially as she adjusts back into society. Sijie also has the support of my parents and friends that deeply care for her. My Christian friends are happy to hear Sijie has found Christianity and have already welcomed her to their congregation when she returns home. Sijie has also agreed to attend counselling for herself and for both of us to help strengthen our marriage.

Sijie is a bright individual who has a Masters in Engineering, and is a certified Professional in Project Management. She is currently enrolled in Cosmetology classes while incarcerated, and would like to continue down this career path when she returns home. Sijie has many opportunities and no matter what career she chooses, I know she will excel at it and I fully support her decision.

I do not believe Sijie is a danger to society. She has no prior criminal record and has shown great remorse for her poor decisions. Sijie only wants to return to a normal life, make up for lost time with family, and not be in this situation ever again. This experience will forever be a reminder to her of what happens when she commits a crime. And with the support she has available to her, I believe we will deter her from ever thinking of committing any crime no matter how small.

Thank you for your time and consideration,

Walton Li